O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MICHAEL OLSON,<br><br>    Petitioner,<br><br>    v.<br><br>B.M. CASH, Warden, CIM - Facility A,<br><br>    Respondent. | No. EDCV 13-888 JGB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the petition with prejudice as time-barred.

DATED: April 8, 2014

                                                 JESUS G. BERNAL<br>
                                   United States District Judge