JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MICHAEL OLSON,<br><br>    Petitioner,<br><br>  v.<br><br>B.M. CASH, Warden, CIM - Facility A,<br><br>    Respondent. | No. EDCV 13-888 JGB (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 8, 2014

                                     JESUS G. BERNAL
                               United States District Judge